1  Todd B. Scherwin (SBN 239848)
   E-Mail:  tscherwin@fisherphillips.com
2  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
3  Los Angeles, CA 90071
   Telephone (213) 330-1500
4  Facsimile (213) 330-1501

5  Gregory L. Blueford (SBN 302628)
   E-Mail:  gblueford@fisherphillips.com
6  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
7  Sacramento, California 95814
   Telephone: (916) 210-0400
8  Facsimile: (916) 210-0401

9  Attorneys for Defendant
   PAVESTONE, LLC
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

| JORGE LUIS JARAMILLO LOPEZ, an individual, | Case No: 2:22-cv-01419-TLN-DB |
|---|---|
| Plaintiff, | *[Originally Yolo Superior Court Case No. CV2022-1135]* |
| vs. | **JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER RE: DISCOVERY DEADLINES** |
| PAVESTONE, LLC, a corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | Complaint Filed: July 6, 2022 |

IT IS HEREBY STIPULATED AND AGREED, between the Parties through their counsel of record as follows:

WHEREAS, on August 23, 2022, the Court entered an Initial Pretrial Scheduling Order (Dkt. 8) which provided, in relevant part, "All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary, and where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the Local Rules.";

WHEREAS, the last Answer was filed on August 10, 2022 by Defendant. Therefore, the deadline to complete discovery is currently April 7, 2023;

WHEREAS, the Parties begun to exchange written discovery and have identified initial deponents. However, the Parties are still in the process of scheduling those depositions on mutually agreeable dates for both counsel and the deponents;

WHEREAS, in addition to discovery, the Parties have been informally discussing settlement and have exchanged numerous settlement offers and counteroffers;

WHEREAS, the Parties have determined that it will not be possible to complete discovery by the current April 7, 2023 discovery cutoff deadline and that an extension of the discovery deadline will be beneficial to both Plaintiff and Defendant.

///
///
///
///
///
///
///
///

THEREFORE, good cause having been shown, the Parties stipulate and respectfully request that the Court amend its scheduling order and set the discovery deadline, with the exception of expert discovery, to September 1, 2023. The Parties will track the Court's instructions and timeline in the Initial Pretrial Scheduling Order for completing all discovery of expert witnesses and dispositive motions.

IT IS SO STIPULATED.

Dated: March 13, 2023                    FISHER & PHILLIPS LLP


                                         By: */s/ Gregory L. Blueford*
                                             TODD B. SCHERWIN
                                             GREGORY L. BLUEFORD

                                             Attorneys for Defendant
                                             PAVESTONE, LLC


Dated: March 13, 2023                    KINGSLEY & KINGSLEY, APC

                                         By: */s/ Jessica L. Adlouni [as authorized on 3.13.23]*
                                             Liane Katzenstein Ly
                                             Jessica L. Adlouni
                                             Attorney for Plaintiff

**ORDER**

Having reviewed the Parties Joint Stipulation and GOOD CAUSE APPEARING THEREFROM, the Court hereby orders as follows:

1. The Parties' Stipulation is **GRANTED**;

2. Discovery deadlines are as follows:

    (a) Fact Discovery Cut-off: September 1, 2023;

    (b) Expert Disclosure: October 31, 2023;

    (c) Supplemental/Rebuttal Expert Disclosure: November 30, 2023;

    (d) Supplemental Disclosures and Responses: April 1, 2024.

3. Expert Discovery Cut-off:  The Parties will follow the Court's instruction in the Initial Pretrial Scheduling Order to complete all discovery of expert witnesses in a timely manner to comply with the Court's deadline for filing dispositive motions.

4. Last Day to File Dispositive Motions: April 29, 2024.

IT IS SO ORDERED.

Dated: March 13, 2023

Troy L. Nunley
United States District Judge